**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**AARON EUGENE COPELAND**     **PETITIONER**
**REG #10462062**

v.     **CASE NO. 2:15CV00001 BSM**

**C.V. RIVERA**
**Warden, Forrest City Medium**     **RESPONDENT**

**ORDER**

The proposed findings and recommended disposition ("PRD") submitted by United States Magistrate Judge H. David Young [Doc. No. 5] and petitioner's objection thereto have been reviewed. After carefully considering these documents and reviewing the record, *de novo,* the PRD is rejected. Copeland states that he did not receive the magistrate judge's January 6, 2015, order directing him to pay the filing fee until February 2, 2015, and therefore was unable to timely comply. Consequently, Copeland is ordered to pay the $5.00 filing fee on or before March 20, 2015. Failure to comply with this order will result in the dismissal without prejudice of Copeland's petition.

IT IS SO ORDERED this 6th day of March 2015.

                                                                   UNITED STATES DISTRICT JUDGE