IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AARON EUGENE COPELAND                                         PETITIONER
REG# 10462062

V.                                       2:15-cv-00001-JTK

C V RIVERA, Warden,                                           RESPONDENT
Forrest City Medium

MEMORANDUM AND ORDER

Mr. Aaron Eugene Copeland filed this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2255. (Doc. No. 2.) Mr. Copeland already filed three petitions for a writ of habeas corpus in the United States District Court for the Northern District of Oklahoma relating to his current incarceration.[1] This Court does not have jurisdiction to hear successive petitions for habeas corpus relief unless a panel of the appropriate court of appeals certifies his claims. 28 U.S.C. § 2255(h) (2006).

It appears that the district court enhanced Mr. Copeland's sentence pursuant to the residual clause of the Armed Career Criminals Act ("ACCA"). The United States Supreme Court recently held that the residual clause of the ACCA is unconstitutional. *Johnson v. United States*, — S.Ct. —, 2015 WL 2473450, at *11 (June 26, 2015). Therefore, the Court transfers this case to the United States Court of Appeals for the Eighth Circuit to determine whether to certify Mr. Copeland's petition. 28 U.S.C. § 1631

---

[1] *USA v. Copeland*, No. 13-cr-0137-CVE, ECF Nos. 18, 42, 54 (N.D. Okl.).

(2006); *Bates v. Norris*, No. 5:06-cv-00239-WRW, 2006 WL 3741925, at *4 (Dec. 18, 2006).

IT IS SO ORDERED this 9th day of July, 2015.

_____
United States Magistrate Judge